IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>TORRANCE LADOVIA REED )<br>) | Case No. 3:08-cr-00035-2<br>Senior Judge Haynes |

## ORDER

Before the Court is Defendant's pro se motion to reduce sentence pursuant to Amendment 782 to the United States Sentencing Guidelines. (Docket Entry No. 107). In response to Defendant's previously filed pro se motion to reduce sentence (Docket Entry No. 104), the Court Ordered the Probation Office to prepare a revised Presentence Investigation Report and appointed the Federal Public Defender's Office to represent Defendant. (Docket Entry No.105). Accordingly, Defendant's motion (Docket Entry No. 107) is **DENIED without prejudice** to renew by Defendant's counsel.

It is so **ORDERED**.

**ENTERED** this the ____ day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge